# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**LLOYD ADAMS,**

                  **Plaintiff,**

**v.**                                      **CIVIL NO. 05-3210-SAC**

**JOSEPH NEUBAUER, ET. AL.,**

                  **Defendants.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** this action is dismissed and all relief is denied.

Entered on the docket 12/30/05

**Dated: December 30, 2005**        **RALPH L. DeLOACH, CLERK**

                                              **s/M Barnes**
                                              **Deputy Clerk**